ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2007 AUG 10 A 11: 50

CLERK _____

NEIL WILLIAMS,

        Plaintiff,

v.

CORNELL CORRECTIONS OF
GEORGIA; CALVIN MORTON,
Warden; Lt. JAMES W. BRADDY,
and Officer JOSH SPIVEY,

        Defendants.

CIVIL ACTION NO.:CV506-047

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The Motion for Summary Judgment filed by Defendants Braddy and Spivey is **DENIED**.

**SO ORDERED**, this 9 day of August, 2007.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE